UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOSHUA COLLIER

    Plaintiff(s),

v.

KOMPAN, INC. and DOES ONE through FIFTY

    Defendant(s).

CASE NO. C09 5991 PJH

STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    ✓ Private ADR *(please identify process and provider)* Michael Ornstil, Esq., JAMS

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓ other requested deadline  120 days from issuance of this order

Dated: 3/10/10

    Attorney for Plaintiff

Dated: 3/ 9 /10

    /s/ Thomas M. Frieder
    Attorney for Defendant

**[~~PROPOSED~~] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
        Mediation
  ✓    Private ADR

    Deadline for ADR session
        90 days from the date of this order.
  ✓    other  120 days from issuance of this order.

IT IS SO ORDERED.

Dated: 3/12/10



UNITED STATES DISTRICT JUDGE
Judge Phyllis J. Hamilton

# PROOF OF SERVICE

**Case Name:** JOSHUA COLLIER v. KOMPAN, INC., et al.

**Court:** United States District Court, Northern District of California

**Case No.:** C09 5991 PJH

1. At the time of service I was over 18 years of age and not a party to this action.

2. My business address is Two Embarcadero Center, Suite 1800, San Francisco, CA 94111.

3. On **March 11, 2010**, I served the following documents:

   **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

4. I served the documents on the **persons** below as follows:

Matthew D. Davis, Esq.
Spencer J. Pahlke, Esq.
WALKUP, MELODIA, KELLY & SCHOENBERGER
650 California Street, 26th Floor
San Francisco, CA 94108-2615
[Attorneys for Plaintiff]

5. The documents were served by the following means (specify):

   **X   By electronic filing.** I served the documents by electronic transmission via the internet for uploading onto the District Court website/docket.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: March 11, 2010

_____
Esther Hom

-1-
PROOF OF SERVICE