UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


JOSHUA COLLIER,

        Plaintiff(s),                No. C 09-5991 PJH

      v.                       **ORDER TO SHOW CAUSE**

KOMPAN, INC.,

        Defendant(s).

_____/

      Plaintiff in the above-entitled matter having failed to appear at the case management conference on April 1, 2010, and defendant having appeared at that proceeding in compliance with the Court's orders,

      THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, or why monetary sanctions should not be imposed upon plaintiff's counsel. In advance of the conference, defendant may file a declaration setting forth expenses incurred by its counsel's wasted appearance at the conference.

      The hearing on the order to show cause will be held on April 8, 2010 at 2:00 p.m. If plaintiff fails to appear again, the case shall be dismissed for failure to prosecute.

      **IT IS SO ORDERED.**

Dated: April 1, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge