UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSHUA COLLIER,

        Plaintiff(s),                No. C 09-5991 PJH

  v.                                 **ORDER OF DISMISSAL**

KOMPAN, INC.,

        Defendant(s).

_____/

    Plaintiff's counsel having advised the court that the parties have agreed to a settlement of this cause, and requested that this case be removed from the trial calendar,

    IT IS HEREBY ORDERED that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within ninety (90) days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

    If no certification is filed, after passage of ninety (90) days, the dismissal shall be **with** prejudice.

    IT IS SO ORDERED.

Dated: September 30, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge